# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Developers Surety and Indemnity Company,<br><br>Plaintiff,<br><br>v.<br><br>2Hawks Designs LLC, et al.,<br><br>Defendants. | NO. CV-22-01338-PHX-ROS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 13, 2024, judgment of dismissal is entered, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

March 18, 2024

By    s/ K. James
      Deputy Clerk